in the order; and as modified affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Scott, Dowling and Shearn, JJ.

BERTHA GREENBERGER, as Administratrix, etc., Appellant, v. JOHN B. COYLE, as Administrator, etc., Respondent.— Order reversed, with ten dollars costs and disbursements and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Shearn, JJ.

LOUISA B. DIENER, Respondent, v. GUSTAVE CERF, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Shearn, JJ.

EMIL LUNDWALL, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Order reversed and motion granted, without costs, unless plaintiff serve bill of particulars as stated in order. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Shearn, JJ.

GENEVRA W. WOODRUFF, Respondent, v. OSCAR A. WOODRUFF, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Shearn, JJ.

BOY SCOUTS OF AMERICA, Appellant, v. THE UNITED STATES BOY SCOUT, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted except as to item 2. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Shearn, JJ.

BOY SCOUTS OF AMERICA, Appellant, v. THE UNITED STATES BOY SCOUT, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Scott, Dowling and Shearn, JJ.

THE COMMERCIAL TRUST COMPANY OF NEW YORK, Respondent, v. WILLIAM BRADLEY, Appellant. THE COMMERCIAL TRUST COMPANY OF NEW YORK, Respondent, v. WILLIAM BRADLEY and FRANK BRADLEY, Appellants.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Shearn, JJ.; Shearn, J., dissented.

STEGEMAN MOTOR COMPANY v. AMERICAN FIDELITY COMPANY.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Dowling and Shearn, JJ.

THEODORE G. PECK, JR., v. CHARLES B. TOOLE.— Motion granted, without costs. Present — Clarke, P. J., Laughlin, Scott, Dowling and Shearn, JJ.

ETHEL L. LOWENTHAL v. HENRY LOWENTHAL.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Dowling and Shearn, JJ.

NEW YORK CENTRAL RAILROAD COMPANY v. DE WINTER & COMPANY. — Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Dowling and Shearn, JJ.

AUGUSTIN LEDWITH v. DAVID S. FLYNN.— Motion granted, with ten dollars costs. Present — Clarke, P. J. Laughlin, Scott, Dowling and Shearn, JJ.